**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION-
IN U.S. DISTRICT COURT**

**LEI JIN**

DC S

**COUNT I - 18 USC § 371 AND 18 U.S.C § 545
Conspiracy to Facilitate the Sale of Smuggled Goods**

18 USC § 371

**PENALTIES:** 5 years imprisonment; a fine of up to $250,000; a term of supervised release of up to 3 years; and a mandatory special assessment of $100.00.

18 U.S.C § 545

**PENALTIES:** 5 years imprisonment, a $250,000 fine, 3 years supervised release, and a mandatory special assessment of $100.00.

**COUNT II: 18 U.S.C. § 2 AND 18 U.S.C § 545
Smuggling Goods into the United States**

18 U.S.C § 545

**PENALTIES:** 5 years imprisonment, a $250,000 fine, 3 years supervised release, and a mandatory special assessment of $100.00.

**COUNT III: 18 U.S.C. § 2 AND 21 U.S.C. § 333(e)
Distribution of Human Growth Hormone**

21 U.S.C. § 333(e)

**PENALTIES:** 5 years imprisonment; a fine of up to $250,000; a a term of supervised release of up to 3 years; and a mandatory special assessment of $100.00.

**COUNT IV: 21 U.S.C. § 331(d) and 355(a), and 333(a)(2) and 18 U.S.C. § 2
Distribution of an Unapproved New Drug**

21 U.S.C. § 331(d)

**PENALTIES:** 3 years imprisonment, a $10,000 fine, or both, 3 years supervised release, and a mandatory special assessment of $100.00.

**COUNT VII: 18 U.S.C. § 2 AND 18 U.S.C § 545**
**Smuggling Goods into the United States**

18 U.S.C § 545

**PENALTIES:** 5 years imprisonment, a $250,000 fine, 3 years supervised release, and a mandatory special assessment of $100.00.

**COUNT VIII: 18 U.S.C. § 2 AND 18 U.S.C § 545**
**Smuggling Goods into the United States**

18 U.S.C § 545

**PENALTIES:** 5 years imprisonment, a $250,000 fine, 3 years supervised release, and a mandatory special assessment of $100.00.

**COUNT IX: 8 U.S.C. § 2 AND 18 U.S.C § 545**
**Smuggling Goods into the United States**

18 U.S.C § 545

**PENALTIES:** 5 years imprisonment, a $250,000 fine, 3 years supervised release, and a mandatory special assessment of $100.00.

**COUNT X: 18 U.S.C. § 2 AND 18 U.S.C § 545**
**Smuggling Goods into the United States**

18 U.S.C § 545

**PENALTIES:** 5 years imprisonment, a $250,000 fine, 3 years supervised release, and a mandatory special assessment of $100.00.

**COUNT XI: 18 U.S.C. § 2 AND 18 U.S.C § 545**
**Smuggling Goods into the United States**

18 U.S.C § 545

**PENALTIES:** 5 years imprisonment, a $250,000 fine, 3 years supervised release, and a mandatory special assessment of $100.00.

**COUNT XII: 18 U.S.C. § 2 AND 18 U.S.C. § 1956**
**Laundering of Monetary Instruments**

18 U.S.C. § 1956:

**PENALTIES:** 20 years imprisonment; a fine of up to $500,000 or twice the gain or loss from the fraud; a term of supervised release of up to 3 years; and, a mandatory special assessment of $100.00.

**COUNT XIII: 18 U.S.C. § 2 AND 18 U.S.C. § 1956**
**Laundering of Monetary Instruments**

18 U.S.C. § 1956:

**PENALTIES:** 20 years imprisonment; a fine of up to $500,000 or twice the gain or loss from the fraud; a term of supervised release of up to 3 years; and, a mandatory special assessment of $100.00.

**COUNT XIV: 18 U.S.C. § 2 AND 18 U.S.C. § 1956**
**Laundering of Monetary Instruments**

18 U.S.C. § 1956:

**PENALTIES:** 20 years imprisonment; a fine of up to $500,000 or twice the gain or loss from the fraud; a term of supervised release of up to 3 years; and, a mandatory special assessment of $100.00.

**COUNT XV: 18 U.S.C. § 2 AND 18 U.S.C. § 1956**
**Laundering of Monetary Instruments**

18 U.S.C. § 1956:

**PENALTIES:** 20 years imprisonment; a fine of up to $500,000 or twice the gain or loss from the fraud; a term of supervised release of up to 3 years; and, a mandatory special assessment of $100.00.

**COUNT XVI: 18 U.S.C. § 2 AND 18 U.S.C. § 1956**
**Laundering of Monetary Instruments**

18 U.S.C. § 1956:

**PENALTIES:** 20 years imprisonment; a fine of up to $500,000 or twice the gain or loss from the fraud; a term of supervised release of up to 3 years; and, a mandatory special assessment of $100.00.

(Except that for the corporate defendant, fine is up to $500,000 under provision of 18 U.S.C. § 3571