## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION- IN U.S. DISTRICT COURT

**JEFFREY ROCK, Alias Gavin Kane**

### COUNT I - 18 USC § 371 AND 18 U.S.C § 545
### Conspiracy to Facilitate the Sale of Smuggled Goods

18 USC § 371

**PENALTIES:** 5 years imprisonment; a fine of up to $250,000; a term of supervised release of up to 3 years; and a mandatory special assessment of $100.00.

18 U.S.C § 545

**PENALTIES:** 5 years imprisonment, a $250,000 fine, 3 years supervised release, and a mandatory special assessment of $100.00.

### COUNT II: 18 U.S.C. § 2 AND 18 U.S.C § 545
### Smuggling Goods into the United States

18 U.S.C § 545

**PENALTIES:** 5 years imprisonment, a $250,000 fine, 3 years supervised release, and a mandatory special assessment of $100.00.

### COUNT III: 18 U.S.C. § 2 AND 21 U.S.C. § 333(e)
### Distribution of Human Growth Hormone

21 U.S.C. § 333(e)

**PENALTIES:** 5 years imprisonment; a fine of up to $250,000; a a term of supervised release of up to 3 years; and a mandatory special assessment of $100.00.

### COUNT IV: 21 U.S.C. § 331(d) and 355(a), and 333(a)(2) and 18 U.S.C. § 2
### Distribution of an Unapproved New Drug

21 U.S.C. § 331(d)

**PENALTIES:** 3 years imprisonment, a $10,000 fine, or both, 3 years supervised release, and a mandatory special assessment of $100.00.

**COUNT V: 21 U.S.C. § 333(e)**
**Distribtion of Human Growth Hormone**

21 U.S.C. § 333(e)

**PENALTIES:** 5 years imprisonment; a fine of up to $250,000; a a term of supervised release of up to 3 years; and a mandatory special assessment of $100.00.

**COUNT VI: 21 U.S.C. § 331(d) and 355(a), and 333(a)(2) and 18 U.S.C. § 2**
**Distribution of an Unapproved New Drug**

21 U.S.C. § 331(d)

**PENALTIES**: 3 years imprisonment, a $10,000 fine, or both, 3 years supervised release, and a mandatory special assessment of $100.00.